FILED

2019 FEB 12 PM 3: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED19CR00046-JAK |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |
| ANGEL RAY MARTINEZ, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about November 2, 2017, in San Bernardino County, within the Central District of California, defendant ANGEL RAY MARTINEZ ("MARTINEZ") knowingly possessed a firearm, namely, a Sturm, Ruger & Company, Incorporated model P89 9x19mm semi-automatic pistol, with an obliterated serial number, and ammunition, namely, approximately 24 rounds of CCI 9mm Luger ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant MARTINEZ had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1    (1)   Carrying a Loaded Firearm in Public, in violation of
2  California Penal Code Section 12031(a)(1), in the Superior Court of
3  the State of California, County of San Bernardino, case number
4  FSB1003896, on or about November 12, 2010;

5    (2)   Receiving Stolen Property, in violation of California Penal
6  Code Section 496d(a), in the Superior Court of the State of
7  California, County of San Bernardino, case number FSB1202661, on or
8  about November 9, 2012;

9    (3)   Taking a Vehicle without the Owner's Consent/Vehicle Theft,
10 in violation of California Vehicle Code Section 10851(a), in the
11 Superior Court of the State of California, County of San Bernardino,
12 case number FSB1204897, on or about November 9, 2012;

13    (4)   Felon/Addict in Possession of a Firearm, in violation of
14 California Penal Code Section 29800(a), in the Superior Court of the
15 State of California, County of San Bernardino, case number
16 FSB1401575, on or about April 17, 2014; and

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1       (5)  Taking a Vehicle without the Owner's Consent/Vehicle Theft,

2  in violation of California Vehicle Code Section 10851(a), in the

3  Superior Court of the State of California, County of San Bernardino,

4  case number FSB1503019, on or about September 14, 2015.

5

6                          A TRUE BILL

7

8                          /s/
                          Foreperson

9

10  NICOLA T. HANNA
    United States Attorney

11

12

13  LAWRENCE S. MIDDLETON
    Assistant United States Attorney

14  Chief, Criminal Division

15  JUSTIN R. RHOADES
    Assistant United States Attorney

16  Chief, Violent and Organized
    Crime Section

17

18  SCOTT M. LARA
    Assistant United States Attorney

19  Violent and Organized Crime
    Section

20

21

22

23

24

25

26

27

28