FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANGEL RAY MARTINEZ, <br> Defendant. | NO. 5:19-CR-00046-JAK <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in Los Angeles pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

A.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission on detention and:

- the defendant's failure to proffer any evidence to meet the defendant's burden on this issue;
- the prior history of probation violations;
- the defendant's history of failures to appear;

and

B.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission on detention and:

- failure to proffer any evidence to meet the defendant's burden on this issue;
- criminal history;
- history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: December 19, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE