UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Angel Ray Martinez <br><br> Defendant. | Case No.: 5:19-CR-46-JAK <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central  District of California failure to appear at hearing on for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the ~~violation petition and report(s)~~ arrest warrant and dkt. 80 minutes

    ( ) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

1    and/ or

2  B. (X)  The defendant has not met his/her burden of establishing by clear and
3        convincing evidence that he/she is not likely to pose a danger to the safety
4        of any other person or the community if released under 18 U.S.C.
5        § 3142(b) or (c).  This finding is based on the following:
6        (X)  information in the Pretrial Services Report and Recommendation
7        (X)  information in the ~~violation petition and report~~(s) arrest warrant dkt 80 minutes
8        ( )  the defendant's nonobjection to detention at this time
9        ( )  other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated: December 2, 2024            _____
15                                      SHERI PYM
                                        United States Magistrate Judge